[No. 51053-3-I.  Division One.  February 2, 2004.]

*In the Matter of the Marriage of* MICHAEL K. MILLSPAUGH, *Appellant*, and KIMBERLY KAY MILLSPAUGH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-05693-3, Sharon S. Armstrong, J., entered August 2, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 51232-3-I.  Division One.  February 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BARNES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07785-2, Steven G. Scott and James D. Cayce, JJ., entered September 17, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51294-3-I.  Division One.  February 2, 2004.]

*In the Matter of the Personal Restraint of* STEVEN A. HILL, *Petitioner*.

Petition for relief from personal restraint. *Remanded* for a reference hearing by unpublished per curiam opinion.

[No. 51421-1-I.  Division One.  February 2, 2004.]

THE ISLE-AIRE BEACH ASSOCIATION, *Respondent*, v. LEE WESTERLUND, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-2-00507-8, David A. Nichols, J., entered October 25, 2002. *Dismissed* by unpublished per curiam opinion.